**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
AMERICAN EQUITIES GROUP, INC., *et al.*,                    :    No. 00-15487 (BRL)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------X
                                                            :
THE AEG LIQUIDATION TRUST on behalf of                      :
American Equities Group, Inc.,                              :
                                                            :
        Plaintiff,                                          :    Adv. Pro. No. 11-02489 (BRL)
                                                            :
        v.                                                  :
                                                            :
TOOBRO NY LLC, TOOBRO DAG LLC, FJB,                         :
LLC, AHAVA FOOD CORP. d/b/a NORTH                           :
COUNTRY CHEESE CORP., LEWIS COUNTY                          :
DAIRY CORP., ST. LAWRENCE FOOD CORP.,                       :
SCHWARTZ & SONS QUALITY                                     :
DISTRIBUTORS, INC., AHAVA OF                                :
CALIFORNIA d/b/a BEST VALUE KOSHER                          :
FOOD and d/b/a AHAVA NATIONAL FOOD                          :
DISTRIBUTOR and d/b/a NORTH COUNTRY                         :
MANUFACTURNG, RTB SPECIALTY FOOD,                           :
LLC, YOMO QUALITY FOOD LLC d/b/a BEST                       :
VALUE KOSHER FOOD, MSBRO, LLC,                              :
AHAVA DAIRY PRODUCTS CORP., and                             :
SIGNATURE BANK,                                             :
                                                            :
        Defendants.                                         :
                                                            :
------------------------------------------------------------X

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT REMAND THE**
<u>**ABOVE-CAPTIONED ADVERSARY PROCEEDING**</u>

    **WHEREAS**, *AEG Liquidation Trust, on behalf of American Equities Group, Inc. v. TOOBRO NY LLC et. al.*, Index No. 650680/10 (the "State Court Action"), having been commenced in the Supreme Court of the State of New York, County of New York (the "State Court"); the Honorable Shirley Kornreich, New York State Supreme Court Justice, having: denied in part and granted in part a motion to dismiss filed by certain of the defendants in the

State Court Action, found that Signature Bank ("Signature") was a necessary party to that Action, and ordered Signature be joined as such; the State Court Action having been removed to the District Court for the Southern District of New York (the "District Court") and subsequently referred to this Court on August 5, 2011, as the above-captioned adversary proceeding (the "Adversary Proceeding");

**WHEREAS**, a final decree closing the above-captioned bankruptcy case having been entered on January 28, 2009; the Adversary Proceeding involving state-law issues; Justice Kornreich being familiar with those issues having adjudicated matters in connection with the State Court Action; and, accordingly, it appearing the Court should remand the Adversary Proceeding to the State Court; it is hereby

**ORDERED**, that all parties-in-interest show cause before the Honorable Burton R. Lifland, United States Bankruptcy Judge, in room 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on the 29th day of November, 2011, at 10:00 a.m., why an order should not be entered remanding the Adversary Proceeding to the State Court pursuant to 28 USC § 1452(b); and it is further

**ORDERED**, that any responses to this order to show cause shall be set forth in writing and filed by the 17th day of November, 2011, before 5:00 p.m., with courtesy copies sent to the Honorable Burton R. Lifland, One Bowling Green, Room 625, New York, New York 10004-1408.

Dated:  New York, New York
        October 27, 2011

                                        /s/Burton R. Lifland
                                        UNITED STATES BANKRUPTCY JUDGE